**STATE of Missouri, Respondent,**

**v.**

**Harold Lucas WILSON, Appellant.**

**No. 51858.**

Missouri Court of Appeals,
Eastern District,
Division Six.

March 24, 1987.

David J. Barton, Arnold, for appellant.

Sheila A. Drucker, Asst. Pros. Atty., Hillsboro, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a conviction for driving while intoxicated, in violation of § 577.-010, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

**v.**

**Donald Dwayne CASTILLO, Appellant.**

**No. 51879.**

Missouri Court of Appeals,
Eastern District,
Division Six.

March 24, 1987.

Henry B. Robertson, St. Louis, for appellant.

Colly Frissell-Durley, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1986.

Judgment affirmed. Rule 30.25(b).